# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Chicago Committee for the Right to Work
      Juan Doe, Jose Doe,  Plaintifs   v.
City of Chicago, Officers A.W. Sherlock and Officer A.
Trapalis, in their individual and official capacities,
Robert G. Degenhart, Does 1-20,   Defendants.

Case Number:

**KC FILED**

DEC 0 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 05 2007

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Committee for the Right to Work, Juan Doe, Jose Doe, Plaintiffs

07CV6842
JUDGE CONLON
MAGISTRATE JUDGE BROWN

| NAME (Type or print) |
|---|
| Jorge Sanchez |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| Despres Schwartz and Geoghegan |

| STREET ADDRESS |
|---|
| 77 West Washington Street Suite 711 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6244796 | (312) 372-2511 ext. 18 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |