Order Form (01/2005)

# United States District Court, Northern District of Illinois

CH

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6842 | **DATE** | 12/6/2007 |
| **CASE TITLE** | CHICAGO COMMITTEE FOR THE RIGHT TO WORK JUAN DOE, JOSE DOE vs. CITY OF CHICAGO, OFFICERS A.W. SHERLOCK ET AL | | |

**DOCKET ENTRY TEXT**

The complaint is dismissed without prejudice for failure to comply with the Northern District of Illinois' General Order on Electronic Case Filing of May 19, 2005.

*Suzanne B. Conlon*

Docketing to mail notices

| | Courtroom Deputy Initials: | WH |
|---|---|---|